IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY C. WILLIAMS, III,

    Plaintiff,                         No. 2:11-cv-1002 GEB EFB P

    vs.

K. AMAYA, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On May 7, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed May 7, 2012, are adopted in full;

2. The court declines to exercise supplemental jurisdiction over any claims arising under state law;

3. This action is remanded to the Superior Court of the State of California in and for the County of Solano; and

4. The Clerk is directed to close this case

Dated:  June 29, 2012

GARLAND E. BURRELL, JR.
United States District Judge